TEUKOLSKY LAW, APC
Lauren Teukolsky [SBN 211381]
lauren@teuklaw.com
595 E Colorado Blvd., Suite 418
Pasadena, CA 91101
Telephone: (626) 522-8982
Facsimile: (626) 522-8983

UNITE HERE LOCAL 11
Alyssa Peterson [SBN 338898]
apeterson@unitehere11.org
464 Lucas Ave. #201
Los Angeles, CA 90017
Telephone: (213) 481-8530 x 233
Facsimile: (213) 481-0352

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TORRES, CLAUDIA MARROQUIN, and HERBER LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>FLYING FOOD GROUP, LLC, a Delaware limited liability company; and DOES 1-5, inclusive,<br><br>Defendants. | Case No. 2:23-cv-9980-SB-MRW<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Date:         October 25, 2024<br>Time:        8:30 a.m.<br>Courtroom:  6C<br><br>[*Memorandum of Points and Authorities; Declarations of Lauren Teukolsky, Alyssa Peterson, Jodey Lawrence, Maria Torres, Claudia Marroquin, and Herber Lopez; and Proposed Order filed concurrently herewith*] |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 25, 2024, at 8:30 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Stanley Blumenfeld, United States District Court Judge, located in the First Street Courthouse, 350 W. First Street, Courtroom 6C, Los Angeles, CA 90012, Plaintiffs Maria Torres, Herber Lopez, and Claudia Marroquin ("Plaintiffs"), individually and on behalf of a similarly-situated class of employees, will and hereby do move this Court for an order preliminarily approving the class action settlement in this matter. Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs request that this Court:

1. Grant preliminary approval of the proposed class action settlement of this lawsuit as fair, reasonable, and adequate;

2. Conditionally certify for purposes of settlement the following Settlement Class as meeting all of the Rule 23 requirements under Rule 23(a) and Rule 23(b)(3): All current and former nonexempt hourly employees of FFG who worked at any of the following facilities between September 27, 2019 and preliminary approval: 5807 W. 98th St., Los Angeles, CA 90045, 6751 W. Imperial Hwy., Los Angeles, CA 90045, 901 W. Hillcrest Blvd., Inglewood, CA 90301, and 5253 W. Imperial Hwy., Los Angeles, CA 90045 (collectively, the "Facilities");

3. Conditionally certify for purposes of settlement the following LWO Subclass as meeting all of the Rule 23 requirements under Rule 23(a) and Rule 23(b)(3): All non-exempt hourly employees who were employed by FFG at any of FFG's Facilities at any time from February 1, 2023 through October 8, 2023 who were paid less than the Los Angeles Living Wage Ordinance ("LWO") hourly full cash wage rate;

4. Appoint Plaintiffs Maria Torres, Herber Lopez, and Claudia Marroquin as Settlement Class Representatives;

5. Appoint Lauren Teukolsky of Teukolsky Law, A Professional Corporation, and Alyssa Peterson of UNITE HERE Local 11 as Settlement Class Counsel;

6. Schedule a Final Approval Hearing to consider whether the class settlement

should be finally approved; to award an amount for attorney's fees and costs to Settlement Class Counsel; and to award an amount for service awards to the Settlement Class Representatives;

    7.    Appoint Phoenix Settlement Administrators as the third-party Settlement Administrator to handle the administration of the Settlement; and

    8.    Approve the proposed Class Notice, and issue an order that it be disseminated to the Settlement Class as provided in the parties' Settlement Agreement.

Plaintiffs' motion is made under Rule 23(e)(1) of the Federal Rules of Civil Procedure on the grounds that both class certification and approval of the Settlement are likely to be granted at the final fairness hearing.

This motion is based on this notice of motion, the memorandum of points and authorities, the declarations of Lauren Teukolsky, Alyssa Peterson, Maria Torres, Herber Lopez, Claudia Marroquin, and Jodey Lawrence of Phoenix Settlement Administrators (and the exhibits attached thereto), the pleadings and other papers filed in this action, and on any further oral or documentary evidence or argument presented at the time of hearing. A proposed order is submitted herewith.

Dated: September 26, 2024

Respectfully submitted,
TEUKOLSKY LAW, APC
ALYSSA PETERSON

By:   /s/Lauren Teukolsky
       Lauren Teukolsky
Attorneys for Plaintiffs