TEUKOLSKY LAW, APC
Lauren Teukolsky [SBN 211381]
lauren@teuklaw.com
595 E Colorado Blvd., Suite 418
Pasadena, CA 91101
Telephone: (626) 522-8982
Facsimile: (626) 522-8983

UNITE HERE LOCAL 11
Jeremy Blasi [SBN 298148]
jblasi@unitehere11.org
464 Lucas Ave. #201
Los Angeles, CA 90017
Telephone: (213) 481-8530 x 233
Facsimile: (213) 481-0352

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TORRES, CLAUDIA MARROQUIN, and HERBER LOPEZ,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>FLYING FOOD GROUP, LLC, a Delaware limited liability company; and DOES 1-5, inclusive,<br><br>　　　　Defendants. | Case No. 2:23-cv-9980-SB-MRW<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF SETTLEMENT AND FOR ATTORNEYS' FEES AND COSTS**<br><br>Date:　　　February 7, 2025<br>Time:　　　8:30 a.m.<br>Courtroom:　　6C<br><br>[*Memorandum of Points and Authorities*; *Declarations of Lauren Teukolsky, Jeremy Blasi, Taylor Mitzner; and Proposed Order filed concurrently herewith*] |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 7, 2025, at 8:30 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Stanley Blumenfeld, United States District Court Judge, located in the First Street Courthouse, 350 W. First Street, Courtroom 6C, Los Angeles, CA 90012, Plaintiffs Maria Torres, Herber Lopez, and Claudia Marroquin ("Plaintiffs"), individually and on behalf of a similarly-situated class of employees, will and hereby do move this Court for an order finally approving the class action settlement in this matter. Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs request that this Court issue an order granting the following:

1.    Final approval of the proposed $510,000 class action settlement of this lawsuit as fair, reasonable, and adequate;

2.    Final certification for settlement purposes of the following Settlement Class as meeting all of the Rule 23 requirements under Rule 23(a) and Rule 23(b)(3): All current and former nonexempt hourly employees of FFG who worked at any of the following facilities between September 27, 2019 and preliminary approval: 5807 W. 98th St., Los Angeles, CA 90045, 6751 W. Imperial Hwy., Los Angeles, CA 90045, 901 W. Hillcrest Blvd., Inglewood, CA 90301, and 5253 W. Imperial Hwy., Los Angeles, CA 90045 (collectively, the "Facilities");

3.    Final certification for settlement purposes of the following LWO Settlement Subclass as meeting all of the Rule 23 requirements under Rule 23(a) and Rule 23(b)(3): All non-exempt hourly employees who were employed by FFG at any of FFG's Facilities at any time from February 1, 2023 through October 8, 2023 who were paid less than the Los Angeles Living Wage Ordinance ("LWO") hourly full cash wage rate;

4.    Appointment of Plaintiffs Maria Torres, Herber Lopez, and Claudia Marroquin as Settlement Class Representatives;

5.    Appointment of Lauren Teukolsky of Teukolsky Law, A Professional Corporation, and Jeremy Blasi of UNITE HERE Local 11 as Class Counsel;

6.    An award of $50,000 in attorneys' fees to Class Counsel;

1    7.    An award of $2,000 in costs to Class Counsel;

2    8.    An award of $12,950 to Phoenix Settlement Administrators for its settlement

3    administration services; and

4    9.    Class Representative Service Awards of $1,500 each (totaling $4,500) to

5    Maria Torres, Herber Lopez, and Claudia Marroquin for their service as Class

6    Representatives;

7    10.    An allocation of $10,000 to penalties under the Private Attorneys General

8    Act ("PAGA"), of which 75%, or $7,500, will be paid to the California Labor Workforce

9    and Development Agency ("LWDA"), and 25%, or $2,500, will be paid to the PAGA

10    Aggrieved Employees (defined as those Settlement Class Members who worked for

11    Defendant during the PAGA Period); and

12    11.    Final judgment in the form of the Final Approval Order, filed herewith.

13    Plaintiffs' motion is made under Rule 23(e) of the Federal Rules of Civil

14    Procedure on the grounds that: (1) the Settlement Class and LWO Settlement Subclass

15    continue to meet the requirements for class certification for settlement purposes only

16    under Rules 23(a) and (b)(3); (2) Plaintiffs and Class Counsel continue to be adequate

17    representatives of the Settlement Class and LWO Settlement Subclass; (3) the Settlement

18    is a fair, reasonable and adequate compromise of highly-contested claims; (4) proper

19    notice was given to the Settlement Class; (5) no class member objected to or opted out of

20    the Settlement; and (6) the requested awards of attorneys' fees, costs, service awards,

21    settlement administration costs, and civil penalties are all reasonable.

22    This motion is based on this Notice of Motion, the Memorandum of Points and

23    Authorities, the declarations of Lauren Teukolsky, Alyssa Peterson (Dkt. No. 51-10),

24    Maria Torres (Dkt. No. 51-7), Herber Lopez (Dkt. No. 51-8), Claudia Marroquin (Dkt.

25    No. 51-9), Jeremy Blasi, and Taylor Mitzner of Phoenix Settlement Administrators (and

26    the exhibits attached thereto), the pleadings and other papers filed in this action, and on

27    //

28    //

PLAINTIFFS' NOTICE OF MOTION FOR
FINAL APPROVAL OF SETTLEMENT AND FOR ATTORNEY'S FEES AND COSTS

1   any further oral or documentary evidence or argument presented at the time of hearing.

2   A proposed order and judgment is submitted herewith.

3

4   Dated: January 9, 2025

Respectfully submitted,
TEUKOLSKY LAW, APC
JEREMY BLASI
By:   /s/Lauren Teukolsky
       Lauren Teukolsky
Attorneys for Plaintiffs

-3-